Certificate Number: 03621-PAE-DE-032233896

Bankruptcy Case Number: 18-18480



03621-PAE-DE-032233896

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 31, 2019, at 5:28 o'clock PM EST, Donna Galick completed a course on personal financial management given by telephone by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 31, 2019

By:  /s/Lashonda Collins

Name:  Lashonda Collins

Title:  Credit Counselor