# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   DONNA T. GALICK             :   CHAPTER 7
                  Debtor(s)
                                     :   BANKRUPTCY NO.  18-18480-PMM

ORDER

AND NOW, upon consideration of the Debtor's motion to avoid a judicial lien held by **People's First Federal Credit Union** and identified as **Docket  # 2018-C-2186**  filed in the **Court of Common Pleas of Lehigh County Pennsylvania** on Debtor's real estate located at 2144 Dogwood Lane, Bethlehem, PA 18018.

And the debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1)(A),

And the debtor having certified that adequate notice of the Motion was sent to the lienholder and that no answer or other response to the motion has been filed,

Accordingly, it is hereby **ORDERED**  that the motion is **GRANTED** by default and the judicial lien on debtor's real property located at 2144 Dogwood Lane, Bethlehem, PA 18018 held by **People's First Federal Credit Union**  is avoided upon Discharge of this Chapter 7 case.

Dated:                                                    _____
                                                          Patricia M. Mayer
                                                          United States Bankruptcy Judge