U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    DONNA T. GALICK            :        CHAPTER 7
                                     :
         Debtors                     :        Bankruptcy No. 18-18480

CERTIFICATE OEF SERVICE AND
CERTIFICATION OF NO RESPONSE

I, PAUL H. YOUNG, ESQUIRE, attorney for Debtors, do hereby certify the following:

1. I served by facsimile and/or first-class mail on 7/24/20, a true and correct copy of Debtor's Motion to Reopen case for purposes of filing a Motion to Avoid Judicial Lien as well as the Notice of Motion, Response Deadline and Hearing Date on Lynn Feldman, Trustee, the U.S. Trustee, Debtor, all creditors on matrix, and the parties listed below:

William J. Fries, Esquire
2895 Hamilton Blvd., Suite 106
Allentown, PA 18104
(attorney for Creditor)

Jeffrey Albert, President/CEO
Peoples First Federal Credit Union
2141 Downyflake Lane
Allentown, PA 18103
(Judgement Creditor)

2. I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Motion to Reopen this Chapter 13 Case.

/s/ Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road, Suite 102
Bensalem, PA  19020
(215) 639-5297