# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | DONNA GALICK | : | CHAPTER 7 |
| | | : | |
| | **Debtor** | : | BANKRUPTCY NO. 18-18480 |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw the above debtor's Motion to Reopen Chapter 7 Case, docket number 17, as well as Motion to Avoid Lien with Peoples First Federal Credit Union, docket number 19, filed by YOUNG, MARR & ASSOCIATES.

/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020

Date: August 24, 2020